IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JONATHAN LOVATO,<br>Institutional ID No. 135831, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:18-CV-082-BQ |
| LUBBOCK POLICE DEPARTMENT, | § § § | |
| Defendant. | § | |

## JUDGMENT

Of equal date herewith an Order of Dismissal having been entered, it is

**ORDERED** and **ADJUDGED** that Plaintiff's Complaint and all claims alleged therein are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated: November 29, 2022.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE